IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ALEX HILL**      **PLAINTIFF**

**v.**      **No. 4:25-cv-9-RP**

**NURSE WRIGHT, et al.**      **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN *IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION, AND CERTIFICATE

**Alex Hill** has submitted a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, paid the filing fee or requested to proceed as a pauper using the standard form. The court uses these forms for the expeditious administration of § 1983 cases.

Therefore, it is **ORDERED:**

(1) That within 21 days plaintiff is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is directed to acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within 14 days of this date. Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his complaint for failure to prosecute and for failure to comply with an order of the court.

**SO ORDERED**, this, the 1st day of April, 2025.

                                                            /s/ Roy Percy
                                         **UNITED STATES MAGISTRATE JUDGE**